UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-21 MRW | Date | April 10, 2024 |
|---|---|---|---|
| Title | Frazier v. Howell | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| Eddie Ramirez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    This is civil action commenced in early January 2024. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program.

    2.    In late January 2024, Plaintiff filed proof of service indicating service of process on one of the named defendants in the action (Defendant Howell). (Docket # 10.) However, according to a status report filed in February 2024, Plaintiff has not been able to serve the trust defendant. (Docket # 11.) Plaintiff has not filed anything with the Court since then. Additionally, neither defendant has appeared in the case.

    3.    Plaintiff is ORDERED to show cause why the Court should not: (a) dismiss the action for failure to prosecute under Rules 4 and 41; or (b) enter a default against the defense under Rule 55. Plaintiff will respond to this OSC by declaration or other appropriate filing by April 24.